New York, NY 10038
Ph#: 212 479-5000 Fax# 212 479-5014

800 Payspher Circle
Chicago, IL 60674

# INVOICE

J Henry & Company
5384 Poplar Ave., Suite 204  P.O. Box 171266
Memphis TN  38119

Invoice Date:  11/13/2006

Named Insured:     McMurry Construction Co., Inc.

Invoice Number:    3023388

| | |
|---|---|
| Type of Policy: | Workers Compensation |
| Insurance Company: | Virginia Surety Company, Inc. |
| Policy Number: | 2CW50139701 |
| Term: | 05/01/2005 to 05/01/2006 |

Transaction:  Audit
Transaction Effective Date:   05/01/2005
Broker Commission:   5.00%

Memo: Final audit invoice.

TRANSACTIONS

Premium:                  579,429.00
Less Broker Commission:    -28,971.45
Policy Total:             $550,457.55

Total Due:                $550,457.55

**Payment Terms - 30 days from the effective date of coverage,
unless otherwise mutually agreed in writing.**

EXHIBIT
5
07-2802

# VIRGINIA SURETY COMPANY

Date: Nov 13, 2006   Administration Coding Form (All States)

Policy #: 2CW50139701
Insured: MCMURRY CONSTRUCTION CO., INC.
Policy Term: 05/01/05 to 05/01/06
Audit Period: 05/01/05 to 05/01/06
Status: FINAL AUDIT

| | | |
|---|---:|---:|
| Additional Amount Due from Insured | | $579,429.00 |
| Alabama | $70.00 | |
| Florida | $526,025.00 | |
| Mississippi | $15,155.00 | |
| Tennessee | $36,989.00 | |
| Texas | $1,190.00 | |

| | |
|---|---|
| Total Earned Premium | $881,739.00 |
| Previously Billed | $302,310.00 |
| Adjusted Premium | $579,429.00 |

COMPLETED BY     Armen