*Construction Program ~ up*
*New York, NY 10038*
*Ph#: 212.479-5000 Fax#: 212.479-5014*

*Remit to:*
*100 Puvsphere Circle*
*Chicago, IL 60674*

# INVOICE

| | |
|---|---|
| J Henry & Company<br>5384 Poplar Ave., Suite 204  P.O. Box 171266<br>Memphis TN  38119 | Invoice Date:   11/13/2006 |

Named Insured:     McMurry Construction Co., Inc.

Invoice Number:    3023387

| | | | |
|---|---|---|---|
| Type of Policy: | General Liability | Transaction: Audit | |
| Insurance Company: | Virginia Surety Company, Inc. | Transaction Effective Date: | 05/01/2005 |
| Policy Number: | 2CG50187400 | Broker Commission: | 10.00% |
| Term: | 05/01/2005  to  05/01/2006 | | |

Memo: Final audit invoice.

|  | TRANSACTIONS |
|---|---:|
| Premium: | 143,236.00 |
| Less Broker Commission: | -14,323.60 |
| **Policy Total:** | **$128,912.40** |
| | |
| *Total Due:* | $128,912.40 |

**Payment Terms - 30 days from the effective date of coverage,
unless otherwise mutually agreed in writing.**



EXHIBIT
8
07-2802