*UNITED STATES DISTRICT COURT*
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

---

**VIRGINIA SURETY COMPANY, INC.,**
**an Illinois Corporation,**

    **Plaintiff,**

**v.**                                       **JUDGMENT IN A CIVIL CASE**
                                              **CASE NO. 07-2802**

**McMURRY CONSTRUCTION**
**COMPANY, INC.,**
**A Tennessee Corporation,**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal with Prejudice entered on January 16, 2009, this cause is hereby dismissed.**

**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 1/16/2009**                                  **THOMAS M. GOULD**
                                                         **Clerk of Court**

                                                      **s/Taffy Elchlepp**
                                                    **(By) Deputy Clerk**